**Order entered December 17, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00874-CV

**MELINDA MORA, Appellant**

**V.**

**CHARLES WINE AND**
**THE KANSAS CITY SOUTHERN RAILROAD COMPANY, Appellees**

s

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-05690-E**

## ORDER

Before the Court is the December 13, 2019 unopposed motion of appellee Charles Wine for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **February 12, 2020.**

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE